IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HEIRS OF SL GENE THOMPSON**                                               **PLAINTIFFS**

**v.**                                                      **CIVIL ACTION NO. 1:25-cv-29-TBM-RPM**

**ESTATE OF MARY ALICE
CABIBI THOMPSON,** *Deceased*                                               **DEFENDANT**

## ORDER

This matter came before the Court on the Estate of Mary Alice Cabibi Thompson's Motion to Dismiss [6] for lack of jurisdiction, Motion for Judgment on the Pleadings [8], Motion to Dismiss [13] for failure to state a claim, and the Heirs of SL Gene Thompson's Motion for Extension of Time to Service Process [14]. At the hearing conducted on October 10, 2025, the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

For all of the reasons stated at the hearing:

IT IS ORDERED that the Estate of Mary Alice Cabibi Thompson's Motion to Dismiss [6] for lack of jurisdiction is DENIED.

IT IS ORDERED that the Estate of Mary Alice Cabibi Thompson's Motion for Judgment on the Pleadings [8] is DENIED.

IT IS ORDERED that the Estate of Mary Alice Cabibi Thompson's Motion to Dismiss [13] for failure to state a claim is DENIED.

IT IS ORDERED that the Heirs of SL Gene Thompson's Motion for Extension of Time to Service Process [14] is GRANTED.

This, the 10th day of October, 2025.

                                                _____
                                                TAYLOR B. McNEEL
                                                UNITED STATES DISTRICT JUDGE