IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HEIRS OF SL GENE THOMPSON**                                                    **PLAINTIFFS**

**V.**                                                    **CAUSE NO: 1:25-CV-29-TBM-RPM**

**ESTATE OF MARY ALICE CABIBI THOMPSON (DECEASED)**            **DEFENDANT**

**AGREED ORDER**

COME NOW, the parties by their respective counsel an agree to the entry of the following Order allowing *Plaintiff's Motion for Jury Trial*.

WHEREFORE, IT IS ORDERED that *Plaintiff's Motion for Jury Trial* is granted. This case shall be scheduled for a jury trial.

SO ORDERED, this the 6th day of February, 2026.

_____
THE HONORABLE TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI

Submitted by:

 */s/ Daniel M. Waide*
Daniel M. Waide, MS Bar #103543
300 Hardy Street 2nd Floor
Hattiesburg, MS 39402
*Counsel for Plaintiff*

Agreed:

 */s/ P. Manion Anderson*
P. Manion Anderson, MSB# 104250
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
*Counsel for Defendant*